IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

------------------------------ x
JAMES GRAHAM, Individually And On :
Behalf Of All Others Similarly Situated, :
:
Plaintiff, :
v. :
: Case No. 1:16-cv-00612-WO-LPA
TIM E. BENTSEN, CHARLES A. :
BLIXT, LYNN CRUMP-CAINE, :
CARL E. LEE, JR., C. STEPHEN :
LYNN, ROBERT S. MCCOY, JR., :
JAMES H. MORGAN, ANDREW J. :
SCHINDLER, LIZANNE THOMAS, :
ANTHONY N. THOMPSON, AND :
KRISPY KREME DOUGHNUTS, :
INC., :
:
Defendants. :
:
------------------------------ x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not served an answer or a motion for summary judgment, Plaintiff James Graham hereby gives notice of the voluntary dismissal with prejudice as to Krispy Kreme Doughnuts, Inc., Tim E. Bentsen, Charles A. Blixt, Lynn Crump-Caine, Carl E. Lee, Jr., C. Stephen Lynn, Robert S. Mccoy, Jr., James H. Morgan, Andrew J. Schindler, Lizanne Thomas, and Anthony N. Thompson of the claims asserted in above-captioned action.

Dated: January 31, 2018

/s/ *Janet Ward Black*
Janet Ward Black
State Bar 12869
WARD BLACK LAW
208 West Wendover Avenue
jwblack@wardblacklaw.com
Greensboro, NC 27401
Telephone: (336) 333-2244
Facsimile: (336) 379-9415

*Attorneys for Plaintiff James Graham*

OF COUNSEL:

James M. Wilson Jr.
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
jwilson@faruqilaw.com
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Attorneys for Plaintiff James Graham*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on January 31, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/ Janet Ward Black*
Janet Ward Black